PROB 12B
(7/93)

Report Date: March 6, 2007

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ronald Jaramillo Baca                Case Number: 2:00CR00175-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 07/12/2001                  Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm in          Date Supervision Commenced: 01/30/2007
Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924(c)

Original Sentence: Prison - 60 months;                 Date Supervision Expires: 04/29/2009
TSR - 36 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall participate in the home confinement program for until further notice by the Court. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

### CAUSE

Mr. Baca was unsuccessfully discharged from Bannum Residential Reentry Center on March 6, 2007. The above modification is being requested pending Mr. Baca's appearance before Your Honor to answer to alleged violations that will be noted in a separate petition. Mr. Baca has agreed to said modification and has signed the attached waiver of hearing indicating so.

Respectfully submitted,

by     *[signature]*

Richard B. Law for Sam Najera
U.S. Probation Officer
Date: March 6, 2007

Prob 12B
**Re: Baca, Ronald Jaramillo**
**March 6, 2007**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

March 7, 2007
Date

▲PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  You shall participate in the home confinement program for until further notice by the Court. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____  Signed: _____
          Sam Najera                           Ronald Jaramillo Baca
          U.S. Probation Officer               Probationer or Supervised Releasee

                    March 6, 2007
                       Date